IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HENRY JORDAN BROWN**                                              **PETITIONER**

**v.**                                **CIVIL ACTION NO.  1:07cv1044-LG-RHW**

**STEVE GARBER**                                                  **RESPONDENT**

**FINAL JUDGMENT**

This matter came before the Court, *sua sponte*, for consideration of dismissal.  The Court, after a review and consideration of the Petition and pleadings on file, finds that in accord with the order entered herewith,

**IT IS ORDERED AND ADJUDGED** that this cause be dismissed  without an evidentiary hearing.

**SO ORDERED AND ADJUDGED** this the 26th day of November, 2007.

                                                            s/ *Louis Guirola, Jr.*
                                                            LOUIS GUIROLA, JR.
                                                            UNITED STATES DISTRICT JUDGE